

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00032-CR

Sebastian **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4903
Honorable Philip Kazen, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

Luz Elena D. Chapa, Justice